CHARLES L. ORTMANN v. MERCHANTS' BANK OF CANADA.

*Costs against surety for non-resident plaintiff.*

The Supreme Court, on reversing a judgment recovered by a non-resident plaintiff, and remanding the case for a new trial, will not award costs under Comp. L., § 6133, against the surety for costs.

Motion for judgment for costs against surety.  Submitted and denied January 13.

*Wheeler & McKnight* for the motion.

PER CURIAM.  Where security for costs is given on behalf of a non-resident plaintiff in the circuit court, and a judgment for the plaintiff is recovered therein, which is reversed in this court on error and the cause remanded for a new trial, judgment cannot be rendered against the surety for costs in this court under Comp. L., § 6133.

Denied.

————◇————

EX REL. ADAM SCRAFFORD v. THE SUPERVISORS FOR THE COUNTY OF GLADWIN.

*Costs against public officers.*

Costs are not generally imposed on public officers and boards where they appear to have acted in good faith.

Motion for costs.  Submitted and denied January 13.

*Wheeler & McKnight* for the motion.

PER CURIAM.  Motion is made to award costs in this case [41 Mich., 647] against respondents, and for taxation thereof.  It has not been the practice in this court to give costs against public officers and bodies where it appears they have been acting in good faith.

Motion denied.